IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRY L. HARPER                                                                       PLAINTIFF

v.                              Case No.2:18-CV-2117

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** on this April 24, 2019.

                                                   /s/ P. K. Holmes, III
                                                   P. K. HOLMES, III
                                                   U.S. DISTRICT JUDGE